UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KERN MEDICAL CENTER, et al.,<br><br>　　　　Defendants. | 1:23-cv-01344-KES-SKO (PC)<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO PROCEED ON CERTAIN CLAIMS AND TO DISMISS KERN MEDICAL CENTER FROM THIS ACTION FOLLOWING SCREENING OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Doc. 13 |

Plaintiff Charles Ellis is proceeding pro se and in forma pauperis in this civil rights action filed under 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 16, 2025, the assigned magistrate judge issued findings and recommendations, recommending this action proceed only on plaintiff's Fourteenth Amendment claims against defendants Gonzalez and Hodge and that defendant Kern Medical Center be dismissed from the action. Doc. 13. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 10–11. Plaintiff filed a notice of change of address on April 28, 2025, Doc. 14, and the findings and recommendations were re-served to the new address that same day. *See* docket. Plaintiff did not file objections to the findings and recommendations and the time to do so has passed.

1

Pursuant to 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The Findings and Recommendations issued on April 16, 2025, Doc. 13, are adopted in full;
2. This action proceeds on plaintiff's Fourteenth Amendment claims against defendants Gonzalez and Hodge;
3. Defendant Kern Medical Center is dismissed from the action; and
4. The matter is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   July 22, 2025

_____
UNITED STATES DISTRICT JUDGE

2