UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KERN MEDICAL CENTER, et al.,<br><br>　　　　　Defendants. | 1:23-cv-01344-KES-SKO (PC)<br><br>**ORDER FINDING SERVICE APPROPRIATE**<br><br>**30-DAY DEADLINE TO RETURN COMPLETED DOCUMENTS** |

Plaintiff Charles Ellis, a former county jail inmate and current state prisoner, is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On July 23, 2025, District Judge Kirk E. Sherriff issued an Order Adopting Findings and Recommendations to Proceed on Certain Claims and to Dismiss Kern Medical Center from this Action Following Screening of Plaintiff's First Amended Complaint. (Doc. 15.) Judge Sherriff ordered this action proceed only on Plaintiff's Fourteenth Amendment claims against Defendants Gonzalez and Hodge. (*Id*. at 2.)[1]

Accordingly, the Court **ORDERS**:

1. This case proceeds against Defendants Gonzalez and Hodge for federal constitutional violations, pursuant to 42 U.S.C. § 1983.

---
[1] Defendant Kern Medical Center was dismissed from the action. (Doc. 15 at 2.)

1

2. Service is appropriate for the following Defendants:
   a. **Dr. Hodge**
   b. **Dr. Gonzalez** (or Gonzales)
3. The Clerk of the Court shall send Plaintiff two USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet, and a copy of the endorsed first amended complaint (Doc. 12).
4. **Within 30 days** from the date of service of this order, **Plaintiff shall complete** the attached Notice of Submission of Documents form and submit it to the Court with the following documents:
   a. a completed summons for each defendant named above;
   b. a completed USM-285 form for each defendant named above; and,
   c. three copies of the endorsed first amended complaint (Doc. 12);
5. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-named documents, the Court will direct the United States Marshal to serve the documents pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

**Plaintiff is informed that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for a failure to obey court orders**.

IT IS SO ORDERED.

Dated:   **July 24, 2025**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE