UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS,<br><br>   Plaintiff,<br><br>   v.<br><br>KERN MEDICAL CENTER, et al.,<br><br>   Defendants. | 1:23-cv-01344-KES-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br> (Doc. 17)<br><br>**ORDER GRANTING EXTENSION OF TIME WITHIN WHICH TO RETURN SERVICE DOCUMENTS**<br><br>(Doc. 18) |

Plaintiff Charles Ellis is proceeding pro se and *in forma pauperis* in this civil rights action.

On September 16, 2025, the Court issued its Order to Show Cause (OSC) Why Action Should Not be Dismissed for Failure to Obey Court Order Concerning the Return of Service Documents. (Doc. 17.) Plaintiff was ordered to ordered to respond in writing within 14 days, or, alternatively, to return the completed service documents to the Court. (*Id*. at 2.)

On October 1, 2025, Plaintiff filed a notice of change of address and request for extension of time. (Doc. 18.) Plaintiff states he was recently transferred to another facility, is "being held up with normal routine program," and asks for a 14-day extension of time within which to return the completed service documents. (*Id*.)

**CONCLUSION AND ORDER**

Good cause appearing, the Court **HEREBY ORDERS**:

1. The OSC issued September 16, 2025 (Doc. 17) is **DISCHARGED**;
2. Plaintiff's request for an extension of time (Doc. 18) is **GRANTED**; and
3. Plaintiff **SHALL** return the completed service documents within 14 days of the date of this order.

**Plaintiff is advised the failure to comply with this order may result in a recommendation that this action be dismissed for a failure to obey court orders and failure to prosecute.**

IT IS SO ORDERED.

Dated:  **October 2, 2025**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE