UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS,<br><br>              Plaintiff,<br><br>       v.<br><br>KERN MEDICAL CENTER, et al.,<br><br>              Defendants. | 1:23-cv-01344-KES-SKO (PC)<br><br>**ORDER REQUIRING DEFENDANTS TO SHOW CAUSE WITHIN THIRTY DAYS WHY DEFAULT SHOULD NOT BE ENTERED**<br><br>(Doc. 22)<br><br>**THIRTY (30) DAY DEADLINE** |

Plaintiff Charles Ellis is proceeding pro se and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's first amended complaint against Defendants Gonzalez and Hodge for the denial of medical care in violation of the Fourteenth Amendment.

**I.       RELEVANT BACKGROUND**

On July 25, 2025, the Court found service of the first amended complaint appropriate as to Defendants Gonzalez and Hodge. (Doc. 16.) On October 9, 2025, the Court ordered the United States Marshal to initiate service of process on Defendants. (Doc. 21.)

On December 18, 2025, the United States Marshal filed USM-285 forms indicating that on December 17, 2025, service was accepted for Dr. Sarah Gonzalez and Dr. Hodge by Beth Ann Garcia, Office Service Coordinator, at Kern Medical Hospital located at 1700 Mount Vernon Avenue in Bakersfield, California. (Doc. 22.) The deadline for filing Defendants' answers to the

1

operative complaint was January 7, 2026. Fed. R. Civ. P. 12(a)(1)(A)(i). To date, Defendants have not filed their answers or otherwise communicated with the Court.

**II.      CONCLUSION AND ORDER**

Accordingly, for the reasons stated above, the Court **HEREBY ORDERS** that:

1. **Within thirty (30) days** from the date of service of this order, Defendants **SHALL** show cause why default should not be entered against them;

2. To facilitate the ability to comply with this order, Defendants' obligation to respond to the complaint is **EXTENDED thirty (30) days** from the date of service of this order; and

3. The Clerk of the Court **SHALL** serve a courtesy copy of this order on Defendants Dr. S. Gonzalez and Dr. Hodge at the Kern Medical Hospital, 1700 Mount Vernon Avenue, Bakersfield, California 93306.

IT IS SO ORDERED.

Dated:    **March 9, 2026**                          /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE