UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES ELLIS,<br><br>            Plaintiff,<br><br>      v.<br><br>KERN MEDICAL CENTER, et al.,<br><br>            Defendants. | 1:23-cv-01344-KES-SKO (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>(Doc. 23) |

Plaintiff Charles Ellis is proceeding pro se and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's first amended complaint against Defendants Gonzalez and Hodge for the denial of medical care in violation of the Fourteenth Amendment.

**I.      BACKGROUND**

On March 10, 2026, the Court issued its Order Requiring Defendants to Show Cause Within Thirty Days Why Default Should Not Be Entered (OSC). (Doc. 23.) A courtesy copy of the order was served on Defendants Gonzalez and Hodge at Kern Medical Hospital. (*Id*. at 2.)

On April 9, 2026, Defendants filed an answer to the operative complaint and a response to the OSC. (Docs. 24 & 25.)

//

//

//

1

**II.      DISCUSSION**

Defendants explain that their failure to timely respond to the complaint was the result of excusable neglect because the summonses and complaint "were not properly routed to Defendants' legal department or appropriate legal personnel," and they were not aware of the action until they received the OSC on April 1, 2026. Upon receipt, they promptly retained counsel and prepared a responsive pleading. Defendants assert Plaintiff is not prejudiced by the brief delay and ask the Court to discharge the OSC.

The Court finds good cause to discharge the OSC. Defendants have explained the circumstances surrounding their earlier failure to respond and have now answered the operative complaint, making entry of default inappropriate and unnecessary.

**III.     CONCLUSION AND ORDER**

Accordingly, the Court **HEREBY ORDERS** that the OSC issued March 10, 2026 (Doc. 23) is **DISCHARGED**.

IT IS SO ORDERED.

Dated:   **April 10, 2026**                    /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE